PACHECO v. THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Ponce.

No. 9.—Decided June 29, 1906.

Decided on the authority of Case No. 8, *Riera* v. *The Registrar of Property* (*ante*, p. 222).

In this case the decision rendered in the appeal taken by Vicente Riera y Manatú from a decision of the Registrar of Property of Ponce, referred to in the foregoing petition of Carlos Pacheco, applies, and it is ordered that the document presented be returned to him with a copy of said decision, for his information and other purposes.

Chief Justice Quiñones, and Justices Hernández, Figueras, MacLeary and Wolf concurred.